Larry L. Baumbach CA Bar No. 50086
llblaw@sandpipernet.com
LAW OFFICES OF LARRY L. BAUMBACH
60 Landing Circle, Suite 3
Chico, CA 95975
Telephone:     530-891-6222
Facsimile:     530-852-3969

Attorneys for Plaintiff
ELENA GARCIA

JAMES T. CONLEY, SBN: 224174
jconley@grsm.com
DANIEL ROBERTSON, SBN: 282532
drobetson@grsm.com
GORDON REES SCULLY
MANHSUKHANI, LLP
3 Parkcenter Dr., Suite 200
Sacramento, CA  95825
Telephone:     916-565-2900
Facsimile:     916-920-4402

Attorneys for Defendant WALMART INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA GARCIA<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., DELAWARE CORPORATION and DOES 1 through 50, inclusive<br><br>Defendant. | Case No. 2:25-cv-01212-DJC-CSK<br><br>**STIPULATION TO HAVE MATTER REFERRED TO SETTLEMENT CONFERENCE; ORDER**<br><br>Action Filed:     March 20, 2025<br>Removal Date:     April 28, 2025 |

STIPULATION TO HAVE MATTER REFERRED TO SETTLEMENT CONFERENCE; ORDER

WHEREAS the parties have engaged in settlement discussions informally since the inception of this matter;

WHEREAS the parties have reached an impasse and need the assistance of a neutral to bridge the gap between them to settle the matter;

WHEREAS after meeting and conferring regarding private mediation, the Plaintiff ELENA GARCIA ("Plaintiff") has advised that she does not have adequate resources to contribute meaningfully to the engagement a private mediator;

NOW THEREFORE:

**IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant WAL-MART ASSOCIATES, INC. ("Defendant") (collectively, "the Parties"), through their respective attorneys of record, that a referral to a Settlement Conference be entered by this Court based on the following good cause:

1. The Parties have engaged in informal settlement discussions and reached an impasse.

2. The Parties would like to pursue resolution of this matter with the assistance of a neutral.

3. The Parties have agreed to seek the assistance of the Court. The Parties therefore respectfully request a settlement conference be set at the Court's convenience.

DATED:  June 18, 2026                    LAW OFFICES OF LARRY L. BAUMBACH


By:  /s/ *Larry L. Baumbach*
    Larry L. Baumbach
    Attorneys for Plaintiff ELENA GARCIA


DATED:  June 22, 2026                    GORDON REES SCULLY MANHSUKHANI, LLP


By:  /s/ *James T. Conley*
    James T. Conley
    Daniel Robertson
Attorneys for Defendant WALMART INC.

STIPULATION TO HAVE MATTER REFERRED TO SETTLEMENT CONFERENCE; ORDER

**SIGNATURE ATTESTATION**

I attest that I have obtained concurrence in the filing of this document from the other signatories in compliance with Local Rule 131(e).


Date:  June 22, 2026                    By:    /s/ *James T. Conley*
                                               James T. Conley

STIPULATION TO HAVE MATTER REFERRED TO SETTLEMENT CONFERENCE; ORDER

## ORDER

The Court has reviewed the Stipulation to Have Matter Referred to Settlement Conference filed by Defendant WAL-MART ASSOCIATES, INC. and Plaintiff ELENA GARCIA, through their counsel of record, requesting that this matter be set for a settlement conference, REFERS this matter for settlement proceedings before Magistrate Judge Allison Claire and ORDERS as follows:

1. The Parties shall contact the Judge Claire's clerk within ten (10) court days of this Order to schedule the time and place (in person or via remote appearance) for the settlement conference based on the Court's availability.

2. The Parties shall file a status report advising the Court on the outcome of settlement proceedings within fourteen (14) days after completion of the forthcoming settlement conference.

**IT IS SO ORDERED.**

Dated:  June 22, 2026                    /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE