Larry L. Baumbach CA Bar No. 50086
llblaw@sandpipernet.com
LAW OFFICES OF LARRY L. BAUMBACH
2531 Forest Ave., Suite 100
Chico, CA 95928
Telephone: 530-891-6222
Facsimile: 530-852-3969

Attorneys for Plaintiff
ELENA GARCIA

JAMES T. CONLEY, SBN: 224174
jconley@grsm.com
GORDON REES SCULLY
MANSUKHANI, LLP
3 Parkcenter Dr., Suite 200
Sacramento, CA 95825
Telephone: 916-565-2900
Facsimile: 916-920-4402

Attorneys for Defendant WALMART INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

ELENA GARCIA

Plaintiff,

v.

WALMART INC., DELAWARE CORPORATION and DOES 1 through 50, inclusive

Defendant.

Case No. 2:25-cv-01212-DJC-CSK

**STIPULATION AND ORDER TO EXTEND TIME TO COMPLETE INDEPENDENT MEDICAL EXAMINATION**

Action Filed: March 20, 2025
Removal Date: April 28, 2025
Trial Date: August 23, 2027

Plaintiff Elena Garcia ("Plaintiff") and Defendant Walmart Inc. ("Defendant") (together, "the Parties"), through their undersigned counsel of record, hereby stipulate and jointly request that the Court extend the time for Defendant to complete an independent medical examination of Plaintiff beyond the fact discovery cutoff set in the Scheduling Order. Good cause supports this limited request, as set forth below.

**Recitals**

1. Under the Scheduling Order dated July 18, 2025 (ECF No. 9), fact discovery must be completed by August 21, 2026. The final pretrial conference, however, is not set until July 1, 2027, and the jury trial is not set to begin until August 23, 2027.
2. The Court has referred this matter for a settlement conference, which is set for October 8, 2026 before Magistrate Judge Allison Claire. The Parties wish to attempt to resolve this matter at that conference.
3. The Parties have completed all fact discovery except for an independent medical examination ("IME") of Plaintiff concerning her claimed emotional distress damages, which Defendant intends to seek pursuant to Federal Rule of Civil Procedure 35.
4. Conducting the IME before the settlement conference would require the Parties to incur fees, costs, and burdens that a settlement would make unnecessary. Deferring the IME until after the conference conserves the resources of the Parties and the Court.
5. Good cause supports this limited modification of the Scheduling Order under Federal Rule of Civil Procedure 16(b)(4). The Parties have acted diligently in completing all other fact discovery, the request is made in good faith so the Parties may pursue settlement without incurring avoidable expense, no party will be prejudiced, and the extension does not affect any other deadline, the final pretrial conference, or the trial date.

**Stipulation**

Accordingly, the Parties stipulate, and respectfully request that the Court order, as follows:

1. The time for Defendant to complete the IME is extended beyond the August 21, 2026 fact discovery cutoff. If the case does not resolve at the October 8, 2026 settlement conference, the IME shall be completed by December 7, 2026, unless the Parties agree in writing to a later date or the Court orders otherwise.

2. Plaintiff reserves the right to seek a protective order or to otherwise oppose the IME, including as to its scope, conditions, manner, and examiner. Plaintiff waives only the argument that the IME is untimely or impermissible because it occurs after the August 21, 2026 fact discovery cutoff.

3. Except as set forth above, fact discovery remains closed as of August 21, 2026, and all other dates set in the Scheduling Order, including the expert disclosure deadlines, the dispositive motion deadline, the final pretrial conference, and the trial date, remain unchanged.

IT IS SO STIPULATED.

DATED: August 31, 2026

LAW OFFICE OF LARRY L. BAUMBACH

By: /s/ Larry L. Baumbach
Larry L. Baumbach
Attorneys for Plaintiff ELENA GARCIA

DATED: August 31, 2026

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ James T. Conley
James T. Conley
Daniel Robertson
Attorneys for Defendant WALMART INC.

**SIGNATURE ATTESTATION**

I attest that I have obtained concurrence in the filing of this document from the other signatories in compliance with Local Rule 131(e).

DATED: August 31, 2026

By: /s/ James T. Conley
James T. Conley

**ORDER**

Having considered the Parties' Stipulation to Extend Time to Complete Independent Medical Examination, and good cause appearing under Federal Rule of Civil Procedure 16(b)(4), the Court orders as follows:

1. The time for Defendant to complete an independent medical examination ("IME") of Plaintiff pursuant to Federal Rule of Civil Procedure 35 is extended beyond the August 21, 2026 fact discovery cutoff. If the case does not resolve at the October 8, 2026 settlement conference, the IME shall be completed by December 7, 2026, unless the Parties agree in writing to a later date or the Court orders otherwise.
2. Plaintiff retains the right to seek a protective order or to otherwise oppose the IME, including as to its scope, conditions, manner, and examiner, except that Plaintiff has waived the argument that the IME is untimely because it occurs after the fact discovery cutoff.
3. Except as set forth above, fact discovery remains closed as of August 21, 2026.
4. All other dates in the Scheduling Order remain in effect unless modified by further order of the Court.

IT IS SO ORDERED.

Dated: August 31, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE